**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*: _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Alexander Demolition and Hauling, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 61-1549184 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1433 W 139th St.<br>Gardena, CA 90249<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor **Alexander Demolition and Hauling, Inc.**          Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Alexander Demolition and Hauling, Inc.**    Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   **Alexander Demolition and Hauling, Inc.**   Case number (*if known*) _____
         Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Alexander Demolition and Hauling, Inc.**  Case number (if known)
Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 7, 2023**
MM / DD / YYYY

X  /s/ Felipe David Davila                     Felipe David Davila
Signature of authorized representative of debtor   Printed name

Title  **CEO**

**18. Signature of attorney**

X  /s/ Giovanni Orantes                    Date  **September 7, 2023**
Signature of attorney for debtor                 MM / DD / YYYY

**Giovanni Orantes 190060**
Printed name

**The Orantes Law Firm, A.P.C**
Firm name

**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**
Number, Street, City, State & ZIP Code

Contact phone  **(888) 619-8222**    Email address  **go@gobklaw.com**

**190060 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Alexander Demolition and Hauling, Inc.
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CR Rodas<br>Attn: President or Corp. Officer<br>Po Box 1774<br>Sun Valley, CA 91353 | | | | | | $73,230.00 |
| CWS<br>Attn: President or Corp. Officer<br>621 W 162nd St.<br>Gardena, CA 90247 | | | | | | $50,649.00 |
| Luis Valencia<br>10900 E 183rd St.<br>Cerritos, CA 90703 | | | | | | $30,000.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Giovanni Orantes 190060<br>3435 Wilshire Blvd., 27th Floor<br>Los Angeles, CA 90010<br>(888) 619-8222 Fax: (877) 789-5776<br>California State Bar Number: 190060 CA<br>go@gobklaw.com | FOR COURT USE ONLY |
|---|---|

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Alexander Demolition and Hauling, Inc.<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: September 7, 2023

/s/ Felipe David Davila
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: September 7, 2023

/s/ Giovanni Orantes
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                F 1007-1.MAILING.LIST.VERIFICATION

Alexander Demolition and Hauling, Inc.
1433 W 139th St.
Gardena, CA 90249


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., 27th Floor
Los Angeles, CA 90010


Abraham Lopez
C/o Cummings & Franck, P.C
1025 W 190th ST., Suite 200
Gardena, CA 90248


Baltazar Martinez
C/o Richard A Cherry, Esq.
3055 Wilshire Blvd., Suite 820
Los Angeles, CA 90010


California Department of Tax & Fee
Administration/Special Ops, MIC:55
Po Box 942879
Sacramento, CA 94279-0055


CR Rodas
Attn: President or Corp. Officer
Po Box 1774
Sun Valley, CA 91353


CWS
Attn: President or Corp. Officer
621 W 162nd St.
Gardena, CA 90247


Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001

Felipe D. Davila
1433 W 139th St.
Gardena, CA 90249


Ford Credit
Attn: President or Corp. Officer
Po Box 552679
Detroit, MI 48255


Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952


Gerardo Ochoa
C/o Law Offices of Ramin Younessi
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA 90010


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


Luis Valencia
10900 E 183rd St.
Cerritos, CA 90703


Southern California Edison Co.
Attn: President or Corp. Officer
2244 Walnut Gove Ave.
Rosemead, CA 91770


Southern California Edison Co.
C/o Levy Nazila, Esq.
9454 Wilshire Blvd.
Beverly Hills, CA 90212

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Giovanni Orantes 190060<br>3435 Wilshire Blvd., 27th Floor<br>Los Angeles, CA 90010<br>(888) 619-8222 Fax: (877) 789-5776<br>California State Bar Number: **190060 CA**<br>go@gobklaw.com | |

■ Attorney for:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Alexander Demolition and Hauling, Inc.<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s),<br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, __Giovanni Orantes 190060_____, the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

  b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| September 7, 2023 | By: /s/ Giovanni Orantes |
|---|---|
| Date | Signature of Debtor, or attorney for Debtor |
|  | Name: **Giovanni Orantes 190060** |
|  | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                       F 1007-4.CORP.OWNERSHIP.STMT

## RESOLUTION OF THE BOARD OF DIRECTORS OF ALEXANDER DEMOLITION AND HAULING, INC.

A Special Meeting of the Board of Directors of Alexander Demolition and Hauling, a California corporation (hereinafter, the "Corporation") took place by telephone on September 7, 2023 at which time the following Resolution was adopted:

WHEREAS it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court under Chapter 11 of Title 11 of the United States Code;

RESOLVED that the members of the Board of Directors hereby unanimously consent to and approve the filing of a voluntary Chapter11 bankruptcy petition on behalf of the Corporation;

RESOLVED FURTHER, that Damaris Benitez is hereby appointed to be the Custodian of Records for the Corporation and its Manager and is authorized and directed to execute and deliver all documents necessary for the prosecution of a voluntary Chapter 11 bankruptcy petition on behalf of the Corporation after the day the bankruptcy petition is filed;

RESOLVED FURTHER, that Damaris Benitez and Felipe David Davila, are each separately authorized and directed on behalf of the Corporation and in its name to take all actions and execute all documents deemed necessary or desirable in order to carry out and perform all acts and deeds in connection with the Corporation's bankruptcy case;

RESOLVED FURTHER, that the Corporation is authorized and directed to retain the law firm of The Orantes Law Firm, P.C. to represent the Corporation in all aspects of its bankruptcy case.IN WITNESS THEREOF, I have hereunto set my hand this 7th of September, 2023.

ALEXANDER DEMOLITION AND HAULING, INC.

By:   Felipe David Davila
Its:  Chairman of the Board

By:   Felipe David Davila
Its:  Secretary

**United States Bankruptcy Court**
**Central District of California**

In re   Alexander Demolition and Hauling, Inc.                          Case No. _____
                              Debtor(s)                                 Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Felipe David Davila**, declare under penalty of perjury that I am the **CEO** of **Alexander Demolition and Hauling, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Felipe David Davila**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Felipe David Davila**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Felipe David Davila**, **CEO** of this Corporation is authorized and directed to employ **Giovanni Orantes 190060**, attorney and the law firm of **The Orantes Law Firm, A.P.C** to represent the corporation in such bankruptcy case."

Date **September 7, 2023**                     Signed _____
                                                        Felipe David Davila