SAM S. LESLIE, CPA
1130 South Flower Street
Suite 312
Los Angeles, CA 90015
Telephone (323) 987-5780
Facsimile (323) 987-5763
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:23-bk-15815-DS |
| | )          [Chapter 7] |
| ALEXANDER DEMOLITION AND | ) |
| HAULING, INC., | ) TRUSTEE'S APPLICATION TO |
| | ) EMPLOY LEA ACCOUNTANCY, LLP |
| Debtor. | ) AS ACCOUNTANT; DECLARATIONS |
| | ) OF SAM S. LESLIE AND MARIANNA |
| | ) FALCO IN SUPPORT THEREOF |
| | ) |
| | ) [No Hearing Unless Requested; |
| | ) Local Bankruptcy Rule 2014-1] |

Sam S. Leslie, the duly appointed, qualified and acting Chapter 7 Trustee in the above-captioned case, respectfully represents:

1.    Alexander Demolition and Hauling, Inc. ("Debtor") ("Debtor") filed for relief under Chapter 11 Subchapter V of the United States Bankruptcy Code on September 7, 2023.  On March 20, 2024, Debtor filed a Motion to Convert Case from Chapter 11 to 7 (Docket No. 48) which was granted by Order entered March 21, 2024 (Docket No. 50).

///

///

2.   Sam S. Leslie ("Trustee") was appointed as Chapter 7 Trustee on March 27, 2024, and accepted such appointment thereafter.

3.   Trustee requires an accountant to assist him in the accounting matters and tax preparation aspects of the administration of this estate, to advise Trustee of any tax consequences derived from liquidation of estate assets and to assist in any other accounting or tax matters as may arise in connection with the administration of this estate.  Debtor is a corporation and requires extra tax matters as described below such as filed pre-petition tax returns, review for possible filing for the Employer Retention Tax Credit refund, payroll tax and sales tax filings and file as needed and, perform a preference review for avoidance actions, which cannot be simply performed by a flat fee tax preparer.

4.   For all the foregoing and all other necessary and proper purposes, Trustee desires to retain LEA Accountancy, LLP ("LEA"), in which he is a partner, as his accountant.  This arrangement will enable Trustee to work closely with the assigned accountant regarding the required services and, therefore, Trustee believes the employment of LEA will result in lower fees for these necessary professional services.  Thus, LEA's employment is in the best interest of the estate and its creditors. Trustee is requesting that the employment be effective as of the date services were first requested, April 24, 2024. LEA's resume highlighting the qualifications of the professionals that may work on this case is attached to the Declaration of Marianna Falco as Exhibit A and incorporated herein by this reference.

LEA's services, as are applicable in this case, may include:

(a)   review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

(b)   review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

(c)   assist the Trustee in the preparation and filing of the estate's Federal and California fiduciary and required income tax returns (which are attachments to the fiduciary actions) to reflect the transactions of the estate and, if necessary, any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be but not limited to income tax, sales tax, city, county or similar tax filings;

(d)   preparation, as needed, of pre-petition tax returns;

(e)   preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

(f)   communicate with taxing authorities on behalf of the estate;

(g)   request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

///

(h)   provide litigation support, valuation, cash flow services and, if requested, expert witness services for the Trustee;

(i)   preparation of monthly operating reports, as needed;

(j)   securing of source documents including, but not limited to, bank records, general ledgers, insurance documents, books and records, including Quickbooks or similar accounting data; filed pre-petition tax returns and assets of the estate. Such services may include site visit(s) to investigate and/or securing of the site to preserve source documentation and/or assets for the Trustee;

(k)   assisting in gather and organizing Debtor's documents in order to analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers; and

(l)   perform any other financial analysis, investiga- tion, consulting general and/or forensic accounting services as required by the Trustee. Address any other tax matters which may be required or requested by the Trustee to properly administer the estate and maintain tax compliance.

5.   Trustee proposes that LEA will be employed pursuant to 11 U.S.C. § 327(a) and seek compensation pursuant to 11 U.S.C. § 330(a).  LEA will bill the estate on an hourly basis for its services with reasonable fees to be approved by the Court after proper notice and hearing.  The only source of payment of compensation to LEA will be from the estate.  No retainer or other payment has been made or is requested and, apart from this

1 | Application and subsequent order, there will be no other written
2 | or separate agreement for employment. A schedule of the fees
3 | customarily charged by LEA to all of its clients is attached to
4 | the Declaration of Marianna Falco as Exhibit B and incorporated
5 | herein by this reference. LEA reserves the right to change its
6 | hourly rates from time to time in accordance with its usual terms
7 | and conditions as communicated to Trustee.

8 |      6.   To the best of Trustee's knowledge, and as set forth
9 | in the Declaration of Marianna Falco, CPA, LEA, the approval
10 | of whose employment is requested, is a "disinterested person"
11 | as required by the Bankruptcy Code. See also, "Statement of
12 | Disinterestedness for Employment of Professional Person Under
13 | F.R.B.P. 2014" attached to the Declaration of Marianna Falco as
14 | Exhibit C and incorporated herein by this reference.

15 |      7.   Notice of the Application as required by Local Bank-
16 | ruptcy Rule 2014-1(b)(2)(A), has been provided to interested
17 | parties. A true and correct copy of such Notice is attached to
18 | the Declaration of Marianna Falco as Exhibit D and incorporated
19 | herein by this reference.

20 |      WHEREFORE, Trustee respectfully requests that this Court
21 | enter an Order authorizing the employment of LEA Accountancy,
22 | LLP, to render services as described herein.

23 |      Respectfully submitted,

25 | Dated: May 1st, 2024

     Sam S. Leslie, Chapter 7 Trustee

-5-

**DECLARATION OF SAM S. LESLIE**

I, Sam S. Leslie, declare:

1.    I am the duly appointed, qualified and acting Chapter 7 Trustee for the estate of Alexander Demolition and Hauling, Inc. ("Debtor") by virtue of my appointment on March 27, 2024, and  my acceptance of such appointment thereafter.

2.    I have prepared the foregoing Application and the facts set forth therein are true and correct.  If called as a witness I could and would competently testify thereto.

3.    In my best judgment in my capacity as Chapter 7 Trustee, and for all the reasons set forth in the accompanying Application which are incorporated herein by this reference, I believe that I require an accountant to assist me with the accounting and tax matters related to the administration of this estate, to advise me of any tax consequences derived from the liquidation of estate assets and to prepare the estate's required Federal and California corporate tax returns to reflect the liquidation of its assets. Debtor is a corporation and requires extra tax matters as described below such as filed pre-petition tax returns, review for possible filing for the Employer Retention Tax Credit refund, payroll tax and sales tax filings and file as needed and, perform a preference review for avoidance actions, which cannot be simply performed by a flat fee tax preparer.

4.    I have selected LEA Accountancy, LLP ("LEA"), of which I am a partner, to be my accountant for this estate.  This arrangement will enable me to work closely with the assigned accountant regarding the necessary services and, therefore, I

believe the employment of LEA will result in lower fees for these necessary professional services.  Thus, LEA's employment is in the best interests of the estate and its creditors.  I am requesting that the employment be effective as of the date services were first requested, April 24, 2024.  (LEA's resume highlighting the qualifications of the professionals that may work on this case is attached to the Declaration of Marianna Falco as Exhibit A and incorporated herein this reference.) LEA's services, as are applicable in this case, may include: filed pre-petition tax returns. Such servicing may include:

(a)   review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

(b)   review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

(c)   assist the Trustee in the preparation and filing of the estate's Federal and California fiduciary and required income tax returns (which are attachments to the fiduciary actions) to reflect the transactions of the estate and, if necessary, any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be but not limited to income tax, sales tax, city, county or similar tax filings;

(d)   preparation, as needed, of pre-petition tax returns;

(e)   preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

(f)   communicate with taxing authorities on behalf of the estate;

(g)   request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

(h)   provide litigation support, valuation, cash flow services and, if requested, expert witness services for the Trustee;

(i)   preparation of monthly operating reports, as needed;

(j)   securing of source documents including, but not limited to, bank records, general ledgers, insurance documents, books and records, including Quickbooks or similar accounting data; filed pre-petition tax returns and assets of the estate. Such services may include site visit(s) to investigate and/or securing of the site to preserve source documentation and/or assets for the Trustee;

(k)   assisting in gather and organizing Debtor's documents in order to analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers; and

(l)   perform any other financial analysis, investiga-tion, consulting general and/or forensic accounting services as required by the Trustee. Address any other tax matters which may

be required or requested by the Trustee to properly administer the estate and maintain tax compliance.

5.   I propose that LEA will be employed pursuant to 11 U.S.C. § 327(a) and seek compensation pursuant to 11 U.S.C. § 330(a).   LEA will bill the estate on an hourly basis for its services with reasonable fees to be approved by the Court after proper notice and hearing.   The only source of payment of compensation to LEA will be from the estate.   No retainer or other payment has been made or is requested and, apart from the Application and subsequent order, there will be no other written or separate agreement for employment.   A schedule of the fees customarily charged by LEA to all of its clients is attached to the Declaration of Marianna Falco as Exhibit B and incorporated herein by this reference. LEA reserves the right to change its hourly rates from time to time in accordance with its usual terms and conditions as communicated to me.

6.   To the best of my knowledge, and as set forth in the Declaration of Marianna Falco, CPA, LEA, the approval of whose employment is requested, is a "disinterested person" as required by the Bankruptcy Code.   See also, the Statement of Disinterestedness for Employment of Professional Person Under F.R.B.P. 2014 which is attached to the Declaration of Marianna Falco as Exhibit C and incorporated herein by this reference.

7.   I have provided interested parties with notice of the Application as required by Local Bankruptcy Rule 2014-1(b)(2)(A). A true and correct copy of such Notice is attached to the

///

///

1  Declaration of Marianna Falco as Exhibit D and incorporated

2  herein by this reference.

3      I declare under penalty of perjury under the laws of the

4  United States of America that the above is true and correct.

5      Executed this __1st__ day of May 2024, at Palm Springs,

6  California.

7

8              Sam S. Leslie

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DECLARATION OF MARIANNA FALCO**

2    I, Marianna Falco, declare:

3    1.   I am a certified public accountant and a senior tax

4  manager and bankruptcy coordinator at LEA Accountancy, LLP

5  ("LEA"), the firm that Sam S. Leslie, Chapter 7 Trustee

6  ("Trustee") for the estate of Alexander Demolition and Hauling,

7  Inc., proposes to employ as accountant.  The Trustee and LEA are

8  requesting that LEA's employment be effective as of the date

9  services were first requested, April 24, 2024.

10    2.   I have reviewed the file and discussed the case with

11  the Trustee and have determined that the professional services to

12  be provided to the estate may include the following:

13        (a)   review the Debtor's prior accounting and tax

14  records, the petition, schedules and the estate's documents

15  related to its financial transactions;

16        (b)   review and analysis of the estate's financial

17  transactions to determine the appropriate (and most beneficial to

18  the estate) treatment for tax purposes, including capital gains

19  calculations, consideration of tax attributes inherited from the

20  Debtor and other tax considerations;

21        (c)   assist the Trustee in the preparation and filing

22  of the estate's Federal and California fiduciary and required

23  income tax returns (which are attachments to the fiduciary

24  actions) to reflect the transactions of the estate and, if

25  necessary, any delinquent tax returns that may be required by

26  taxing authorities for the estate. Such delinquent tax returns

27  can be but not limited to income tax, sales tax, city, county or

28  similar tax filings;

(d)   preparation, as needed, of pre-petition tax returns;

(e)   preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

(f)   communicate with taxing authorities on behalf of the estate;

(g)   request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

(h)   provide litigation support, valuation, cash flow services and, if requested, expert witness services for the Trustee;

(i)   preparation of monthly operating reports, as needed;

(j)   securing of source documents including, but not limited to, bank records, general ledgers, insurance documents, books and records, including Quickbooks or similar accounting data; filed pre-petition tax returns and assets of the estate. Such services may include site visit(s) to investigate and/or securing of the site to preserve source documentation and/or assets for the Trustee;

(k)   assisting in gather and organizing Debtor's documents in order to analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers; and

(l)   perform any other financial analysis, investiga-tion, consulting general and/or forensic accounting services as

required by the Trustee. Address any other tax matters which may be required or requested by the Trustee to properly administer the estate and maintain tax compliance.

3.   LEA's resume highlighting the qualifications of the professionals that may work on this case is attached hereto as Exhibit A and incorporated herein by this reference.

4.   A schedule of LEA's fees regularly charged to all of its clients is attached hereto as Exhibit B and incorporated herein by this reference.  LEA reserves the right to change its hourly rates from time to time in accordance with its usual terms and conditions as communicated to Trustee.

5.   As set forth in the Statement of Disinterestedness for Employment of Professional Person Under F.R.B.P. 2014 attached hereto as Exhibit C and incorporated herein by this reference, neither LEA nor I have an interest adverse to the estate or its creditors, and are disinterested in the outcome of this case, except that the LEA will exert its best efforts to assure the highest and best results to the estate in connection with our services.

6.   LEA is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules and shall comply with them.

7.   Notice of the Application as required by Local Bankruptcy Rule 2014-1(b)(2)(A), has been provided to interested

///

///

///

///

parties.   A true and correct copy of such Notice is attached

hereto as Exhibit D and incorporated herein by this reference.

I declare under penalty of perjury under the laws of the

United States of America that the above is true and correct.

Executed this _1st_ day of May 2024, at _Chula Vista,_

California.

Marianna Falco

**EXHIBIT A**

# LEA Accountancy, LLP

**1130 S. Flower Street**
**Suite 312**
**Los Angeles, California 90015**
**T: 323-987-5780   F: 323-987-5763**

LEA Accountancy's professional staff is highly trained group of individuals who are dedicated in providing bankruptcy trustees with excellent financial analysis and tax planning and preparation services.  With the expertise he has honed since 1983, Sam S. Leslie, Managing Partner, provides both hands on services and supervises a staff that is experienced in federal and state tax law, the bankruptcy code and their application to the bankruptcy estate.   This experience assures the trustee that the estate is tax compliant and results in lower costs for these necessary services.

**Services Offered:**

- Financial Analysis and Tax Planning
- Asset Analysis
- Federal, State Income and Payroll Returns
- Bankruptcy Estate Tax Filing
- Delinquent Returns
- Accounting Reconstruction
- Preference Review and Analysis
- ERISA Plan Termination
- State Board of Equalization Sales Tax

**Client Base:**     Bankruptcy Trustees, Partnerships, Sub-Chapter S Corporations, Limited Liability Companies, other closely held businesses and high net worth individuals.

### Bankruptcy

After practicing for 8 years, LEA Accountancy diversified to provide tax and accounting services to bankruptcy trustees. LEA Accountancy is well-versed in the peculiarities of the Internal Revenue Code and its application to Chapter 7 and Chapter 11 proceedings.  The firm's extensive knowledge of bankruptcy estate tax filing requirements and related procedures assure trustees of a "prompt" determination from the IRS. LEA Accountancy provides specialized attention to indentifying potential federal and state tax refunds, net operating loss carryforwards and/or carrybacks, tax basis issues and asset recovery. This focus assists the trustee in maximizing recovery of monies to the bankruptcy estate while at all times focusing on the estate closing process.

With LEA trustees rely on a team of seasoned professionals who address in detail each and every compliance and tax preparation concerns. LEA's advice includes analyzing the complexities of payroll tax and sales tax issues, as well as pre-petition delinquent returns. Boxes of "meaningless paper" are organized into financial statements that often result in recoverable assets that may not have been disclosed in the bankruptcy petition and schedules. In short, LEA strives to ensure that the best possible results are achieved for the bankruptcy estate with the least amount of complication for the trustee.

LEA staff members possess a broad array of accounting experience that allows them to address complex corporate, partnership and limited liability company tax issues, as well as consolidated multi-state returns and layered partnerships.

### Professional Staff

**Marianna Falco, CPA, CFE**
**Tax Manager and Bankruptcy Coordinator**

Ms. Falco has been associated with LEA Accountancy since 2017. Prior to joining LEA Accountancy, Ms. Falco was a Tax & Compliance Manager for an International Medical Device organization. She has focused her tax work on compliance, international and cross border tax issues. She has been a practicing Fraud Examiner for 10 years conducting fraud examinations for Home Owners Associations and Partnerships.

Ms. Falco has a B.S. in Business Management and an MBA with a special emphasis in Accountancy.

**Terry Fussell, CPA**
**Senior Tax Specialist**

Mr. Fussell joined the professional staff of LEA Accountancy in 2004 and manages a client base consisting of insolvency, high net-worth individuals and their closely held businesses. Prior to joining LEA, he worked as a Senior Accountant at Martin Werbelow, LLP, and a Pasadena, California public accounting firm concentrating on estate and gift tax clients. During a twenty-year career based on providing tax as well as business advisory services, Mr. Fussell has served as CFO/sat on the board of directors at Nutripeak.com, Inc., a Los Angeles based sports nutrition retailer and was CFO at JLS Technology Staffing Inc in Atlanta, Georgia. Mr. Fussell launched his career in 1991 as Senior Associate/Controller at Frazier & Deeter, LLC, one of Atlanta's top five CPA firms.

In addition to working with LEA Accountancy, in 2010 Mr. Fussell formed The Fussell Group, LLC, a business advisory firm.

Mr. Fussell graduated from Georgia State University (Atlanta, Georgia) with a Bachelor of Science in Finance in 1990.

**Thomas A. Engell, CPA, MST**
**Special Projects Consultant**

Mr. Engell joined the professional staff of LEA Accountancy in 2000 and is currently working as a Special Projects Consultant.   During his 27-year career in accounting and financial services, Mr. Engell acquired work experience both in the United States and Canada.   In 1990, he founded Engell & Associates, CGA, a full-service accounting firm located in Ontario, Canada.   He launched his career in 1984 as a Senior Accountant at Brownlow, Thompson & McKay, and CGA.

In addition, Mr. Engell is a co-author of AccPac, a computer-applied accounting software.  He has been a member of the board of directors of several Canadian-based financial and insurance companies, was an Accounting, Taxation and Finance professor at Fanshawe College (Woodstock,

Ontario), has served as a business advisor to local government, and was partner and active in as in the management of the print magazine with Mr. Leslie.

In addition to working with LEA Accountancy, in 2011 Mr. Engell formed The Rocher Group, LLC, a business advisory firm.

Mr. Engell graduated from Mohawk College (Ontario, Canada) in 1984, Accountancy Department. Mr. Engell has received his Masters in Taxation from Taft University.

**Thomas Ballou**
**Partner, Business Manager**

Mr. Ballou joined LEA Accountancy in 1983 and is responsible for the oversight of all aspects of business management and operations.   Prior to joining the firm, he held professional service positions at Liberty Securities and Pharmavite Manufacturers, both located in Los Angeles, California.

Mr. Ballou graduated with a B.S. in Computer Science from Coleman College, San Diego in 1983.

**Aaron Robson**
**Senior Accountant**

Mr. Robson joined the professional staff at LEA Accountancy's predecessor, Leslie Accountancy, in 1997 as a staff accountant.  In 2011 Mr. Robson joined the staff of The Rocher Group as an Accountant, Operations and Client Relationships Manager.  In 2017 he has returned to the fold of LEA Accountancy as a Senior Accountant.  With two decades of experience in the accounting field his primary services have included forensic accounting, income tax preparation and QuickBooks management.

Mr. Robson graduated with a B.S. in Business Administration with an Emphasis in Accounting and Finance from the University of Colorado, Boulder in 1992

**Lori J. Ensley**
**Forensic Accountant & Special Projects Manager**

Ms. Ensley's experience includes nine years of accounting experience as a staff accountant, cost analyst, and controller for various companies; three years as director of operations for a manufacturing and advertising firm; and twenty-two years as a financial/turnaround management consultant with Robert F. Bicher & Associates.  Ms. Ensley has overseen a variety of business operations including, but not limited to, manufacturing, retail, medical practices, advertising, real estate, mortgage, and service businesses.  In addition, Ms. Ensley has assisted numerous Chapter 11 Debtors with United States Trustee Compliance Requirements and provided agent services for Chapter 11 and 7 Trustees in Southern California.

Ms. Ensley graduated from the University of California Los Angeles in 1983 with a Bachelor of Arts in English and minor in Economics.

**Robert F. Bicher, III**
**Forensic Accountant & Special Projects Manager**

Mr. Bicher's experience includes three years as a financial consultant for investment management firms; five years as a full-time faculty member at California State University San Bernardino, teaching graduate and undergraduate finance and marketing; four years with the Office of the United States Trustee as Senior Bankruptcy Analyst, administering over 3,000 Chapter 11 cases; and twenty-five years performing financial consulting and turnaround management as Interim CEO/President, Liquidating Agent, Disbursing Agent, Claims Agent/Administrator and Court ordered Examiner for financially distressed companies, Trustees, Receivers, and Chapter 11 Debtors.  Mr. Bicher has directly managed and controlled various types of operations including, but not limited to, manufacturing, retail, medical practices, advertising, real estate, mortgage, and service businesses.

Mr. Bicher graduated Phi Beta Kappa with High Honors in 1975 from the University of California Riverside with a Bachelor of Science of Administrative Sciences, specializing in finance and accounting, and from the Graduate School of Administration (now known as the Graduate School of Management) of the University of California Riverside in 1978 with a Masters of Administration in Business Administration, specializing in finance

**Austin P. Martin, CFE**
**Bankruptcy Accountant**

Mr. Martin's professional experience includes three years as an accountant and accounting manager primarily performing audits and compilations, as well as financial statement and income tax preparation for a wide range of business entities with a focus on non-profit and exempt

organizations. Additionally, Mr. Martin has three years of experience assisting with forensic accounting analysis and several years of experience with small business/nonprofit organization and management.

Mr. Martin graduated with a B.S. in Business Administration with an Emphasis in Accounting from the University of Arizona, Eller College of Management in May, 2018.

**When you select LEA Accountancy, LLP as your Certified Public Accountants, you partner with an organization dedicated to operating at the highest level of professionalism; a firm that takes great pride in providing the best in customer service.**

**EXHIBIT B**

**LEA Accountancy, LLP**
**Professional Rate Summary**

| <u>Professional</u> | <u>2024 Rate</u> |
|---|---|
| MARIANNA FALCO<br>Tax Manager & Bankruptcy Coordinator | $ 430.00 |
| TERRY R. FUSSELL<br>Senior Tax Specialist | $ 395.00 |
| THOMAS A. ENGELL<br>Senior Bankruptcy Accountant | $ 385.00 |
| THOMAS G. BALLOU<br>Partner, Business Manager | $ 295.00 |
| AARON ROBSON<br>Senior Accountant | $ 235.00 |
| LORI J. ENSLEY<br>Forensic Accountant & Special Projects Manager | $ 235.00 |
| ROBERT F. BICHER, III<br>Forensic Accountant & Special Projects Manager | $ 215.00 |
| AUSTIN MARTIN<br>Bankruptcy Accountant | $ 245.00 |

**EXHIBIT C**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marianna Falco, CPA<br>LEA Accountancy, LLP<br>1130 South Flower Street<br>Suite 312<br>Los Angeles, CA 90015<br>Telephone: 323/987-5780<br>Facsimile:  323/987-5763<br>Email: mfalco@leaaccountancy.com<br><br><br>Proposed Accountant for Sam S. Leslie,<br>Chapter 7 Trustee<br><br>*Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>    ALEXANDER DEMOLITION AND HAULING, INC.,<br><br><br><br><br><br><br>    Debtor(s). | CASE NO.: 2:23-bk-15815-DS<br>CHAPTER: 7<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br><br>[No Hearing Required] |

1.  Name, address and telephone number of the professional (Professional) submitting this Statement:
    Marianna Falco, CPA (Email: mfalco@leaaccountancy.com)
    LEA Accountancy, LLP
    1130 South Flower Street, Suite 312, Los Angeles, CA 90015
    Telephone: 323/987-5780; Facsimile:  323/987-5763

2.  The services to be rendered by the Professional in this case are (specify): [text rendered in corrupted/unreadable font encoding]

3.  The terms and source of the proposed compensation and reimbursement of the Professional are (specify):
    The requested compensation for professional services rendered to the estate shall be based upon the time expended and at the billing rates commensurate with the experience of the professional performing the services computed at the hourly rates charged by LEA to all clients.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.   The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:

No retainer has been received or is requested.


5.   The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

I directed a conflicts check to be performed to determine whether LEA represents a party holding a claim or other adverse interest against the Debtor and whether LEA was disinterested or not. Based on our investigation, I determined that no potential or actual conflicts of interest exist. Thus, based upon these conflicts checks, I have determined that LEA does not represent any party or person holding a claim or adverse interest against the Debtor, and I have therefore concluded that LEA is "disinterested" as that term is defined in 11 U.S.C. § 101(14).


6.   The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
N/A.


7.   The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:

N/A.


8.   The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.


9.   The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
N/A.


10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
Marianna Falco, CPA - Tax Manager and Bankruptcy Coordinator. (See No.1 for Address/Telephone.)

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2                          **F 2014-1.STMT.DISINTEREST.PROF**

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

N/A.

12. Total number of attached pages of supporting documentation: <u>N/A.</u>

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/1/2024 | Marianna Falco | _____ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                              Page 3                              **F 2014-1.STMT.DISINTEREST.PROF**

**EXHIBIT D**

```
 1 | SAM S. LESLIE, CPA
   | 1130 South Flower Street
 2 | Suite 312
   | Los Angeles, CA 90015
 3 | Telephone (323) 987-5780
   | Facsimile (323) 987-5763
 4 | Email: trustee@trusteeleslie.com
 5 | Chapter 7 Trustee
 6 |
 7 |                 UNITED STATES BANKRUPTCY COURT
 8 |                 CENTRAL DISTRICT OF CALIFORNIA
 9 |                     LOS ANGELES DIVISION
10 |
11 | In re                      ) Case No. 2:23-bk-15815-DS
   |                            )      [Chapter 7]
12 | ALEXANDER DEMOLITION AND    )
   | HAULING, INC.,             ) NOTICE OF TRUSTEE'S APPLICATION
13 |                            ) TO EMPLOY LEA ACCOUNTANCY, LLP
   |                 Debtor.    ) AS ACCOUNTANT
14 |                            )
   |                            ) [No Hearing Unless Requested;
15 | _____) Local Bankruptcy Rule 2014-1]
16 |
17 | TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY
18 | JUDGE, THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER
19 | INTERESTED PARTIES:
20 |      PLEASE TAKE NOTICE that Sam S. Leslie, the duly appointed,
21 | qualified and acting Chapter 7 Trustee ("Trustee") in the above-
22 | captioned case, has filed an application seeking authority to
23 | employ LEA Accountancy, LLP ("LEA"), in which he is a partner, as
24 | his accountant.  Trustee is requesting that LEA's employment be
25 | effective as of the date services were first requested, April 24,
26 | 2024.  LEA is to be employed for the express purpose of assisting
27 | Trustee in the accounting matters and tax preparation aspects of
28 | the administration of this estate, to advise Trustee of any tax
```

consequences derived from liquidation of estate assets and to assist in any other accounting or tax matters as may arise in connection with the administration of this estate.  LEA's services, as are applicable in this case, may include:

(a)  review the Debtor's prior accounting and tax records, the petition, schedules and the estate's documents related to its financial transactions;

(b)  review and analysis of the estate's financial transactions to determine the appropriate (and most beneficial to the estate) treatment for tax purposes, including capital gains calculations, consideration of tax attributes inherited from the Debtor and other tax considerations;

(c)  assist the Trustee in the preparation and filing of the estate's Federal and California fiduciary and required income tax returns (which are attachments to the fiduciary actions) to reflect the transactions of the estate and, if necessary, any delinquent tax returns that may be required by taxing authorities for the estate. Such delinquent tax returns can be but not limited to income tax, sales tax, city, county or similar tax filings;

(d)  preparation, as needed, of pre-petition tax returns;

(e)  preparation, as needed, of estate payroll tax filings and/or filings for the Employer Retention Tax Credit refund;

(f)  communicate with taxing authorities on behalf of the estate;

///

(g)    request the required tax clearance from the Internal Revenue Service and state taxing authorities for the estate's tax returns;

(h)    provide litigation support, valuation, cash flow services and, if requested, expert witness services for the Trustee;

(i)    preparation of monthly operating reports, as needed;

(j)    securing of source documents including, but not limited to, bank records, general ledgers, insurance documents, books and records, including Quickbooks or similar accounting data; filed pre-petition tax returns and assets of the estate. Such services may include site visit(s) to investigate and/or securing of the site to preserve source documentation and/or assets for the Trustee;

(k)    assisting in gather and organizing Debtor's documents in order to analyze and investigate avoidable transfers made by the Debtor, including preferential and fraudulent transfers; and

(l)    perform any other financial analysis, investiga-tion, consulting general and/or forensic accounting services as required by the Trustee. Address any other tax matters which may be required or requested by the Trustee to properly administer the estate and maintain tax compliance.

Trustee proposes that LEA be employed pursuant to 11 U.S.C. § 327(a) and compensated pursuant to 11 U.S.C. § 330(a) on an hourly basis with reasonable fees to be approved by application to the Court after proper notice and hearing.  The only source

of payment of compensation to LEA will be from the estate.  No
retainer or other payment has been made or is requested and,
apart from this Application and subsequent order, there will
be no other written or separate agreement for employment.  (LEA
is aware that the estate presently has no funds on hand and has
agreed to provide the requested services fully aware of the
inherent risk that there may be no funds with which to compensate
it for its services.)  A schedule of the fees customarily charged
by LEA to all of its clients is attached hereto as Exhibit 1 and
incorporated herein by this reference.  LEA reserves the right to
change its hourly rates from time to time in accordance with its
usual terms and conditions as communicated to Trustee. No time
will be billed by LEA for Trustee's services.

     A copy of the Trustee's Application can be obtained from:

                    Sam S. Leslie, Chapter 7 Trustee
                    1130 South Flower Street
                    Suite 312
                    Los Angeles, California 90015

     PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy
Rule ("LBR") 9013-1(o), the deadline to file and serve a written
response and request for a hearing is fourteen (14) days after
the date of service of the notice of motion, plus three (3)
additional days if served by mail, or pursuant to F.R.Civ.P.
5(b)(2)(D) or (F).  Any opposition or response must be filed
with the United States Bankruptcy Court (255 East Temple Street,
Room 100 (on the Terrace Level of the Edward R. Roybal Federal
Building and U.S. Courthouse), Los Angeles, CA 90012), and served
upon (i) Trustee at the address in the upper left hand corner of
the first page of this Notice, (ii) LEA Accountancy, LLP, Attn:

1 | Marianna Falco, 1130 South Flower Street, Suite 312, Los Angeles,

2 | CA 90015 and (iii) the Office of the United States Trustee, 915

3 | Wilshire Blvd., Suite 1850, Los Angeles, CA 90017.

4 |     PLEASE TAKE FURTHER NOTICE that pursuant to LBR 9013-1(h)

5 | any objection not timely filed and served may be deemed by the

6 | Court to be consent to the relief requested and may result in the

7 | Court's issuance of an order without further notice or hearing.

8 |

9 | Date: May ___, 2024

                Sam S. Leslie, Chapter 7 Trustee

28 | Service Date: May _3_, 2024

-5-

**EXHIBIT 1**

**LEA Accountancy, LLP**
**Professional Rate Summary**

| <u>Professional</u> | <u>2024 Rate</u> |
|---|---|
| MARIANNA FALCO<br>Tax Manager & Bankruptcy Coordinator | $ 430.00 |
| TERRY R. FUSSELL<br>Senior Tax Specialist | $ 395.00 |
| THOMAS A. ENGELL<br>Senior Bankruptcy Accountant | $ 385.00 |
| THOMAS G. BALLOU<br>Partner, Business Manager | $ 295.00 |
| AARON ROBSON<br>Senior Accountant | $ 235.00 |
| LORI J. ENSLEY<br>Forensic Accountant & Special Projects Manager | $ 235.00 |
| ROBERT F. BICHER, III<br>Forensic Accountant & Special Projects Manager | $ 215.00 |
| AUSTIN MARTIN<br>Bankruptcy Accountant | $ 245.00 |

# ROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Notice of Trustee's Application to Employ LEA Accountancy, LLP as Accountant will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.        TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Sam S Leslie (TR) | sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com |
| Peter M Lively | PeterMLively2000@yahoo.com |
| Noreen A Madoyan | Noreen.Madoyan@usdoj.gov |
| Giovanni Orantes | go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com,andreac@gobklaw.com, normay@gobklaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐      Service information continued on attached page

**2.        SERVED BY UNITED STATES MAIL:**  On May 3, 2024, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

■      Service information continued on attached page

**3.        SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2024, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 3, 2024

Karissa De La Trinidad

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1. PROOF OF SERVICE**

Label Matrix for local noticing
0973-2
Case 2:23-bk-15815-DS
Central District of California
Los Angeles
Fri May  3 07:48:34 PDT 2024

Alexander Demolition and Hauling, Inc
1433 W 139th St.
Gardena, CA 90249-2601

California Dept. of Tax and Fee Administrati
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA 94279-0055

Orantes Law Firm, P.C.
3435 Wilshire Blvd., 27th floor
Los Angeles, CA 90010-1901

Orantes Law Firm, P.C.
The Orantes Law Firm, P.C.
3435 Wilshire Blvd., 27th Floor
Los Angeles, CA 90010-1901

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Abraham Lopez
C/o Cummings & Franck, P.C
1025 W 190th ST., Suite 200
Gardena, CA 90248-4343

Baltazar Martinez
C/o Health Link MGT Studio City
3940 Laurel Canyon Blvd.
PMB 945
Studio City CA 91604-3709

Baltazar Martinez
C/o Injury and Consumer Law
1820 E 1st St., Suite 200
Santa Ana CA 92705-4026

Baltazar Martinez
C/o Richard A Cherry, Esq.
3055 Wilshire Blvd., Suite 820
Los Angeles, CA 90010-1137

CR Rodas
Attn: President or Corp. Officer
Po Box 1774
Sun Valley, CA 91353-1774

CWS
Attn: President or Corp. Officer
621 W 162nd St.
Gardena, CA 90247

California Department of Tax & Fee
Administration/Special Ops, MIC:55
Po Box 942879
Sacramento, CA 94279-0055

California Dept. of Tax and Fee Administrati
Collection Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA  94279-0055

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Felipe D. Davila
1433 W 139th St.
Gardena, CA 90249-2601

Ford Credit
Attn: President or Corp. Officer
Po Box 552679
Detroit, MI 48255-2679

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Gerardo Ochoa
C/o Law Offices of Ramin Younessi
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA 90010-2008

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

James River Insurance Company
PO Box 27648
Richmond VA 23261-7648

Luis Valencia
10900 E 183rd St.
Cerritos, CA 90703-5342

Southern California Edison Co.
Attn: President or Corp. Officer
2244 Walnut Gove Ave.
Rosemead, CA 91770-3714

Southern California Edison Co.
C/o Levy Nazila, Esq.
9454 Wilshire Blvd.
Beverly Hills, CA 90212-2931

United States Attorney s Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012-3336

United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044-0683

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wilshire Commercial Capital
Resurgent Capital Services
PO Box 3427
Greenville, SC 29602-3427

Peter M Lively
The Law Offices of Peter M Lively
11268 Washington Blvd Ste 203
Culver City, CA 90230-4647

Sam S Leslie (TR)
1130 South Flower Street
Suite 312
Los Angeles, CA 90015-2143

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
Dept. 55953
P.O. Box 5500
Detroit, MI 48255

End of Label Matrix
Mailable recipients      32
Bypassed recipients       0
Total                    32

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Trustee's Application to Employ LEA Accountancy, LLP as Accountant will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.**     <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**</u>  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 3, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Sam S Leslie (TR) | sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com |
| Peter M Lively | PeterMLively2000@yahoo.com |
| Noreen A Madoyan | Noreen.Madoyan@usdoj.gov |
| Giovanni Orantes | go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com,andreac@gobklaw.com, normay@gobklaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐   Service information continued on attached page

**2.**     <u>**SERVED BY UNITED STATES MAIL:**</u>  On May 3, 2024, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Alexander Demolition and Hauling, Inc.
1433 W 139th St.
Gardena, CA 90249

☐   Service information continued on attached page

**3.**     <u>**SERVED BY PERSONAL DELIVERY - N/A:**</u>  Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2024, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 3, 2024

_____
Karissa De La Trinidad

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1. PROOF OF SERVICE**