SAM S. LESLIE, CPA
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015
Telephone: 323/987-5780
Facsimile: 323/987-5763
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:23-bk-15815-DS |
| | [Chapter 7] |
| ALEXANDER DEMOLITION AND HAULING, INC., | NOTICE OF MOTION AND MOTION FOR AUTHORITY TO (1) PAY |
| Debtor. | MISCELLANEOUS COURT COSTS; (2) ABANDON AND RETURNS FUNDS COLLECTED; AND (3) FILE NO ASSET REPORT; DECLARATION OF SAM S. LESLIE IN SUPPORT THEREOF |
| | [No Hearing Required Unless Requested Pursuant to LBR 9013-1(o)] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY
JUDGE, DEBTOR, COUNSEL, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Sam S. Leslie, chapter 7 trustee
herein, hereby moves the Court for entry of an order for
authority to pay miscellaneous court costs, abandon and return
funds on hand and file a no asset report so that this case may be
closed by order of this court.

PLEASE TAKE FURTHER NOTICE that any response and request for
hearing as to the Motion for Authority to Pay Miscellaneous Court
Costs, Abandon and Returns funds on Hand and File a No Asset

1  Report must be in the form as required by Local Bankruptcy Rule

2  9013-1(o) and must be filed with the Court and served upon the

3  Trustee, and the United States Trustee. The deadline for any

4  response and request for hearing is 14 days after the date of

5  service of this Notice, plus an additional 3 days if you were

6  served by mail, electronically, or pursuant to F.R.Civ.P.

7  5(b)(2)(D) or (F). If an objection is timely filed, the trustee

8  will set the matter for hearing and notify you of the date and

9  time of the hearing. Failure to object may be deemed consent to

10 interim authorization of the expenses requested by the trustee.

11

12

13 Dated: August 30, 2024                    _____

14                                           Sam S. Leslie, Chapter 7 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### BRIEF HISTORY OF CASE

1.    Alexander Demolition and Hauling, Inc. ("Debtor") filed for relief under Chapter 11 Subchapter V of the United States Bankruptcy Code ("Bankruptcy Code") on September 7, 2023. On March 20, 2024, Debtor filed a Motion to Convert Case from Chapter 11 to 7 (Docket No. 48) which was granted by Order entered March 21, 2024 (Docket No. 50). Sam S. Leslie was appointed the Chapter 7 Trustee ("Trustee") on March 27, 2024, and has been serving in that capacity since.

2.    Based on the conversion from Chapter 11 to Chapter 7 the Trustee's requested the turnover of the Debtor's Debtor-in-Possession accounts from California Trust Bank in the amount of $26.00 from the account ending in 8194 and $52.05 from the account ending in 7559 (the "DIP Accounts"). Trustee also received a refund from Southern California Edison in the amount of $432.88 (the "Refund"). The Trustee requested additional documents and information from the Debtor to determine if there are any avoidable transfers, there are no avoidable transfers. Trustee has determined there are no accounts receivable that are collectible.

3.    Trustee received an offer from the Debtor's principal to purchase the equity in the 2023 Ford Maverick but after review determined a sale would not provide a meaningful distribution to creditors.

4.    Trustee has reviewed the assets of the Debtor and has determined that the estate's administrative claims would exceed

///

1 | any value from pursing further action in this case. No other

2 | funds have been were received.

3 |     5.   The estate has incurred cost for banking/technology

4 | fees of $10.00.

5 |     6.   The estate currently has $500.93 on hand.

6 |     7.   At this time, the Trustee requests authority to return

7 | the remaining balance of DIP Accounts and Refund totaling $500.93

8 | to the Debtor.

9 |     8.   Also, the Trustee waives his statutory fee in this

10 | case. The Trustee has requested court costs and no court costs

11 | are due.

12 |     9.   Further, the Trustee seeks authorization to file a no

13 | asset report in this case so that this case may be closed by the

14 | clerk of the Court.

15 | **LEGAL AUTHORITIES**

16 | Upon not less than 14 days notice to such creditors and

17 | interested parties who are entitled to notice of the particular

18 | matter, orders may be obtained on distribution in chapter 7 cases

19 | upon Notice and Opportunity to Request a Hearing.

20 | 11 U.S.C. § 554 provides that the court may authorize the

21 | Trustee to abandon property that is of inconsequential value and

22 | benefit to the estate. This motion seeks to return the funds

23 | collected in lieu of distribution to creditors because the funds

24 | in the estate are minimal and there would be no benefit to the

25 | creditors to receive such a minuscule disbursement. 11 U.S.C. §

26 | 102(1)(B) authorizes an act without an actual hearing if such

27 | notice is given properly and if such a hearing is not requested

28 | timely by a party-in-interest.

1    Local Bankruptcy Rule 9013-1(f) provides that the court may

2    consider a motion to abandon property without a hearing based on

3    appropriate notice and an opportunity to request a hearing.

4    Notice of this motion has been properly given to all

5    parties-in-interest.

6                              **CONCLUSION**

7    There are minimal funds in this estate and distribution of

8    said funds will not benefit the creditors. Therefore, I pray for

9    an order authorizing the abandonment of the remaining funds

10   on hand, the turnover of funds on hand to Alexander Demolition

11   and Hauling, Inc., and the filing of a no-asset report in this

12   case so that the case may be closed by order of this court.

13

14   Dated: August 30, 2024 _____

                              Sam S. Leslie, Chapter 7 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SAM S. LESLIE**

I, Sam S. Leslie, declare:

1.    I am the duly appointed, qualified and acting Chapter 7 Trustee for the estate of Alexander Demolition and Hauling, Inc. ("Debtor").

2.    I have prepared the foregoing Motion and the facts set forth therein are true and correct.  If called as a witness I could and would competently testify thereto.

3.    I have concluded that the Debtor has no additional assets to administer at this time. Therefore, I request authority to return funds on hand to the Debtor.

4.    The costs of administering the estate would exhaust the funds on hand or leave a negligible amount for distribution to creditors. I agree to waive the statutory fee to which I am entitled to in order to facilitate the expeditious closing of this case.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 30th day of August 2024, at Palm Springs, California.

_____
Sam S. Leslie

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Notice of Motion and Motion for Authority to (1) Pay Miscellaneous Court Costs; (2) Abandon and Returns Funds Collected; and (3) File No Asset Report will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 30, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Sam S Leslie (TR) | sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com |
| Peter M Lively | PeterMLively2000@yahoo.com |
| Noreen A Madoyan | Noreen.Madoyan@usdoj.gov |
| Giovanni Orantes | go@gobklaw.com, cmh@gobklaw.com, go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com, andreac@gobklaw.com, normay@gobklaw.com |
| Amitkumar Sharma | amit.sharma@aisinfo.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

☐    Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:** On August 30, 2024, by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Deborah J. Saltzman
United States Bankruptcy Judge
255 East Temple Street
Suite 1634
Los Angeles, CA 90012

■    Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2024, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2024

Karissa De La Trinidad

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1. PROOF OF SERVICE**

Label Matrix for local noticing
0973-2
Case 2:23-bk-15815-DS
Central District of California
Los Angeles
Fri Aug 30 13:30:30 PDT 2024

Alexander Demolition and Hauling, Inc.
1433 W 139th St.
Gardena, CA 90249-2601

California Dept. of Tax and Fee Administrati
Collections Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA 94279-0055

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

LEA Accountancy, LLP
1130 S Flower Street Suite 312
Los Angeles, CA 90015-2143

Orantes Law Firm, P.C.
3435 Wilshire Blvd., 27th floor
Los Angeles, CA 90010-1901

Orantes Law Firm, P.C.
The Orantes Law Firm, P.C.
3435 Wilshire Blvd., 27th Floor
Los Angeles, CA 90010-1901

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Abraham Lopez
C/o Cummings & Franck, P.C
1025 W 190th ST., Suite 200
Gardena, CA 90248-4343

Baltazar Martinez
C/o Health Link MGT Studio City
3940 Laurel Canyon Blvd.
PMB 945
Studio City CA 91604-3709

Baltazar Martinez
C/o Injury and Consumer Law
1820 E 1st St., Suite 200
Santa Ana CA 92705-4026

Baltazar Martinez
C/o Richard A Cherry, Esq.
3055 Wilshire Blvd., Suite 820
Los Angeles, CA 90010-1137

CR Rodas
Attn: President or Corp. Officer
Po Box 1774
Sun Valley, CA 91353-1774

CWS
Attn: President or Corp. Officer
621 W 162nd St.
Gardena, CA 90247

California Department of Tax & Fee
Administration/Special Ops, MIC:55
Po Box 942879
Sacramento, CA 94279-0055

California Dept. of Tax and Fee Administrati
Collection Support Bureau, MIC: 55
PO Box 942879
Sacramento, CA  94279-0055

California Imaging Solutions
269 S. Beverly Drive, #426
Beverly Hills, CA 90212-3851

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Citywide Scanning Service, Inc.
3010 Wilshire Blvd., #225
Los Angeles, CA 90010-1103

Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Felipe D. Davila
1433 W 139th St.
Gardena, CA 90249-2601

Ford Credit
Attn: President or Corp. Officer
Po Box 552679
Detroit, MI 48255-2679

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Gerardo Ochoa
C/o Law Offices of Ramin Younessi
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA 90010-2008

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

James River Insurance Company
PO Box 27648
Richmond VA 23261-7648

Luis Valencia
10900 E 183rd St.
Cerritos, CA 90703-5342

Southern California Edison Co.
Attn: President or Corp. Officer
2244 Walnut Gove Ave.
Rosemead, CA 91770-3714

Southern California Edison Co.
C/o Levy Nazila, Esq.
9454 Wilshire Blvd.
Beverly Hills, CA 90212-2931

THE ORANTES LAW FIRM, P.C.
3435 Wilshire Blvd. 27th Floor
Los Angeles, California 90010-1901

United States Attorney s Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012-3336

United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044-0683

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wilshire Commercial Capital
Resurgent Capital Services
PO Box 3427
Greenville, SC 29602-3427

Peter M Lively
The Law Offices of Peter M Lively
11268 Washington Blvd Ste 203
Culver City, CA 90230-4647

Sam S Leslie (TR)
1130 South Flower Street
Suite 312
Los Angeles, CA 90015-2143

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
Dept. 55953
P.O. Box 5500
Detroit, MI 48255

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

(d)LEA Accountancy, LLP
1130 S. Flower Street
Suite 312
Los Angeles, CA 90015-2143

(u)South East Personnel Leasing, Inc.

(d)Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812-2952

End of Label Matrix
Mailable recipients    37
Bypassed recipients    4
Total                  41